Exhibit 1

Case: 1:21-cv-04865 Document #: 14-1 Filed: 09/16/21 Page 2 of 12 PageID #:374

EDITOR'S PICK  |  3,265 views  |  Oct 10, 2017, 09:06am

# Rimowa Displays the Lasting Power of Its Iconic Aluminum Suitcases



**Barry Samaha** Contributor ⓘ
Style & Design

Rimowa is celebrating the 80th anniversary of its iconic aluminum suitcase—and it's bringing a few notable friends to the party, so to speak. The German-based brand asked personalities from the worlds of art, fashion, media, music and beyond to loan their carryalls in the effort to showcase how the product is luxurious, sturdy and, perhaps more importantly, adaptable.

Case: 1:21-cv-04865 Document #: 14-1 Filed: 09/16/21 Page 3 of 12 PageID #:375



*Rimowa celebrates the 80th anniversary of its aluminum suitcases,* RIMOWA

"For our 80th anniversary, we asked authentic Rimowa customers to send us their suitcases so we could photograph them," said Alexandre Arnault, Rimowa's chief executive, in a statement. "Those pictures somehow became portraits of their owners, which ranged from icons such as Karl Lagerfeld, David Fincher or Massimo Bottura or Fan Bingbing, to regular customers from all over the world. It was amazing to go through the process as it helped us understand that, luckily, we are brand that doesn't have to force itself onto the cultural conversation."



*Karl Lagerfeld's Rimowa suitcase.*   KARL LAGERFELD

Others included in the mix are Martha Stewart, Carine Roitfeld and fashion designer Virgil Abloh. Though each of them work in disparate fields and have different rituals when it comes to travel, they have all seemingly sworn loyalty to Rimowa's aluminum luggage. Indeed, the way the brand positioned itself in luxury market has a lot to do with it. Its offerings are certainly not cheap, and it does a commendable job appealing to the jet-set crowd with its advertising campaigns and placements in the right media outlets. But these facets are just a fraction of sustaining longevity. To truly reach the status of icon—and last eight decades—a product has to perform better than the rest, and appeal to variety of consumers. To whit: marketing tactics can only go so far. And when it comes to selling a commodity that can withstand time (especially in fashion), aluminum has proven its durability—with added tweaks along the way.

As the story goes, Rimowa first introduced aluminum in the 1930s, after the firm's factory burst into flames, leaving only the lightweight, fire-resistant metal. It was shortly fashioned into luggage, transforming the travel industry. By the 1950s, grooves were added to the design, giving it a sleeker look. Then, in 2001, a multi-wheel system was introduced to make it more accommodating for frequent flyers. Five years later, the bags were fitted with TSA-approved locks. And as of late, with technological enhancements on the rise, an electronic tag was applied

to select styles, letting consumers personalize the display and set images through an app platform. For Rimowa, quality and functionality are paramount, which is why each bag is created with the utmost precision in the brand's Cologne factory.



The 80th Anniversary of the Original Aluminium Suitcase

Throughout its evolution, the aluminum suitcase has never succumbed to kitschy, trend-driven motifs. New colors may have been presented over time, but the elegant, unfussy design has had little alterations. The bags act as blank canvas, allowing consumers to express their own sensibilities. To be sure, it adapts to its owner—evidenced by how different, say, Martha Stewart's luggage stands against Fan Bingbing's.



Martha Stewart's Rimowa suitcase and Fan Bingbing's Rimowa suitcase. RIMOWA

"We believe our aluminum suitcases are life companions—every dent, scratch and sticker becomes a reflection of the character of those that use them, a record of a unique personal journey," said Arnault. "We like to say that although our suitcases are made by our hands, they are defined by yours."

Follow Barry Samaha on Twitter (@barry_samaha) and Instagram (@barrysamaha).



**Barry Samaha** Contributor

As a lifestyle writer and market editor, I like to keep abreast of the newest and greatest in the worlds of fashion, beauty and home décor. I live in New York City and c... **Read More**


(https://grinx.designboom.com/www/delivery/ck.php?
oaparams=2__bannerid=548__zoneid=1__cb=e53e8ee0f8__oadest=https%3A%2F%2Fwww.designboom.com%2Fcompetition%2Fgrand-
prix-carre-hermes%2F)



# RIMOWA (12 articles)

all news and projects related to german suitcase brand RIMOWA, including its collaborations with italian fashion house FENDI and artist olafur eliasson.


(https://www.designboom.com/design/kaleidoscope-rimowa-x-guillermo-santoma-gas-installation-04-09-2019/)


(https://www.designboom.com/technology/rimowa-bang-olufsen-beoplay-h9i-headphones-03-28-2019/)

guillermo santomá uses RIMOWA aluminum panels to pimp car during milan design week (https://www.designboom.com/design/kaleidoscope-rimowa-x-guillermo-santoma-gas-installation-04-09-2019/)

#design (/design)

RIMOWA has once again teamed up with contemporary art magazine and creative studio kaleidoscope.

#milan design week 2019 (https://www.designboom.co
#RIMOWA (https://www.designboom.com/tag/rimowa

377

RIMOWA and bang & olufsen launch limited edition headphones (https://www.designboom.com/technology/rimowa-bang-olufsen-beoplay-h9i-headphones-03-28-2019/)

#technology (/technology)

the two brands present a pair of limited edition beoplay H9i headphones that 'celebrate the unique link between sound and travel.'

#bang & olufsen (https://www.designboom.com/tag/b
#headphone designs (https://www.designboom.com/ta

209



(https://www.designboom.com/design/rimowa-alex-israel-collaboration-02-06-2019/)

alex israel reveals color gradient collaboration for RIMOWA (https://www.designboom.com/design/rimowa-alex-israel-collaboration-02-06-2019/)

#design (/design)

the limited edition suitcases feature vibrant gradients inspired by the artist's sky backdrop paintings.

#luggage (https://www.designboom.com/tag/luggage/
#RIMOWA (https://www.designboom.com/tag/rimowa

976



(https://www.designboom.com/architecture/labvert-rimowa-flagship-store-ginza-01-31-2019/)

labvert connects the floors of RIMOWA's flagship store in ginza with woven room dividers (https://www.designboom.com/architecture/labvert-rimowa-flagship-store-ginza-01-31-2019/)

#architecture (/architecture)

the intricate braids are created using filigree oak wood slats and handmade washi paper.

#architecture in japan (https://www.designboom.com/
#architecture in tokyo (https://www.designboom.com/

219



(https://www.designboom.com/design/rimowa-iphone-case-01-21-2019/)

**RIMOWA releases iphone cases featuring its iconic aluminum design (https://www.designboom.com/design/rimowa-iphone-case-01-21-2019/)**

#design (/design)

the cases are designed for the new XR, XS, and XS max iphones.

#iPhone (https://www.designboom.com/tag/iphone/) #RIMOWA (https://www.designboom.com/tag/rimowa

254



(https://www.designboom.com/design/olafur-eliasson-rimowa-luggage-stickers-interview-11-28-2018/)

**olafur eliasson designs 46 nature-inspired luggage stickers for RIMOWA (https://www.designboom.com/design/olafur-eliasson-rimowa-luggage-stickers-interview-11-28-2018/)**

#design (/design)

motifs and forms range from organic shapes, meteors, and stones, to slogans bearing ominous interrogatories and statements of affirmation.

#little sun (https://www.designboom.com/tag/little-su #luggage (https://www.designboom.com/tag/luggage/

157



(https://www.designboom.com/design/rimowa-aesop-limited-edition-koln-travel-kit-11-19-2018/)



(https://www.designboom.com/design/off-white-rimowa-transparent-luggage-suitcase-10-09-2018/)

### RIMOWA teams up with aesop to release mini travel kit (https://www.designboom.com/design/rimowa-aesop-limited-edition-koln-travel-kit-11-19-2018/)

#design (/design)

the köln travel kit features a curated selection of aesop products packaged in a miniature RIMOWA aluminum shell inspired by the RIMOWA travel humidor.

#aesop (https://www.designboom.com/tag/aesop/) (3:
#RIMOWA (https://www.designboom.com/tag/rimowa

294

### off-white bares your belongings in transparent luggage collection for RIMOWA (https://www.designboom.com/design/off-white-rimowa-transparent-luggage-suitcase-10-09-2018/)

#design (/design)

the see-through cases feature a range of signature off-white design touches, including virgil abloh's quotation marks around words such as "SECURITY", "PERSONAL" »

#luggage (https://www.designboom.com/tag/luggage/
#RIMOWA (https://www.designboom.com/tag/rimowa

424



(https://www.designboom.com/design/rimowa-fendi-luxe-aluminum-cabin-trolley-07-16-2018/)

### RIMOWA taps FENDI for second luxe aluminum cabin trolley collaboration (https://www.designboom.com/design/rimowa-fendi-luxe-aluminum-cabin-trolley-07-16-2018/)

#design (/design)

the hard luggage case is composed of RIMOWA's signature durable aluminum, emblazoned with FENDI's iconic double 'F' logo.

#FENDI (https://www.designboom.com/tag/fendi/) (1:
#luggage (https://www.designboom.com/tag/luggage/

170



(https://www.designboom.com/design/dozie-kanu-aluminum-grooves-luxury-travel-brand-rimowa-04-24-2018/)

### dozie kanu reworks the aluminum grooves of luxury travel brand RIMOWA (https://www.designboom.com/design/dozie-kanu-aluminum-grooves-luxury-travel-brand-rimowa-04-24-2018/)

#design (/design)

RIMOWA joins forces with american artist and designer dozie kanu for a special collaboration with art magazine and creative studio kaleidoscope.

#milan design week 2018 (https://www.designboom.co
#RIMOWA (https://www.designboom.com/tag/rimowa

110

supreme teases collaboration with huge luggage label RIMOWA (https://www.designboom.com/design/supreme-rimowa-collaboration-luggage-03-09-2018/)

#design (/design)

skate and fashion brand supreme are collaborating with german luggage giant RIMOWA, releasing a teaser video of the upcoming collaboration on their official instagram account.

#fashion design phenomenons (https://www.designbo
#luggage (https://www.designboom.com/tag/luggage/

233

FENDI collaborates with RIMOWA on new aluminum suitcase (https://www.designboom.com/design/fendi-rimowa-suitcase-11-10-2017/)

#design (/design)

featuring the double F logo, the hard-case luggage brings together the best of both brands.

#FENDI (https://www.designboom.com/tag/fendi/) (1:
#luggage (https://www.designboom.com/tag/luggage/

0

# readers shop (https://www.designboom.com/shop)



(https://www.designboom.com/shop/design/a
modular-bedside-table-and-wall-shelf-
with-hidden-storage-woodendot-01-16-
2019/)



(https://www.designboom.com/shop/design/qeeboo-
stefano-giovannoni-rabbit-chair-baby-
06-27-2016/)



(https://www.designboom.com/shop/design/
puik-10-04-2017/)

alba, modular bedside table and wall shelf with hidden storage (https://www.designboom.com/shop/designboom-alba-modular-bedside-table-and-wall-shelf-with-hidden-storage-woodendot-01-16-2019/)

$269

by WOODENDOT
from spain

stefano giovannoni's baby rabbit chair uses a playful silhouette (https://www.designboom.com/shop/designboom-stefano-giovannoni-rabbit-chair-baby-06-27-2016/)

$134

by Qeeboo
from italy

the 'bokk bar stool' combines comfort and stability (https://www.designboom.com/shop/designboom-puik-10-04-2017/)

$300

by puik
from netherlands

designboom srl - IT 06392880966 - **milan** - **new york** - **beijing**