Exhibit 2

# United States of America
## United States Patent and Trademark Office

# RIMOWA

**Reg. No. 4,616,001**

**Registered Oct. 7, 2014**

**Int. Cls.: 6, 9, 14, 15, 16, 18, 20, 21, 25, 26, 28, 34, 35, 37, 41, 42 and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RIMOWA GMBH (FED REP GERMANY GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
MATHIAS-BRÜGGEN STR. 118
COLOGNE, FED REP GERMANY 50829

FOR: KEY-OPERATED METAL LOCKS; METAL PADLOCKS; METAL COMBINATION LOCKS; METAL LOCKS FOR PIECES OF BAGGAGE; METAL TOOL CHESTS SOLD EMPTY; METAL CONTAINERS FOR THE STORAGE AND TRANSPORTATION OF GOODS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: NOTEBOOK COMPUTER AND LAPTOP CARRYING CASES, PHOTO EQUIPMENT CASES MADE OF METAL, PLASTICS AND/OR TISSUE MATERIAL OR A COMBINATION OF THE AFOREMENTIONED MATERIALS; CASES FOR PORTABLE COMPUTERS; PHOTO EQUIPMENT BAGS; PROTECTIVE COVERS FOR ELECTRONIC DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY CASES; KEY PENDANTS BEING JEWELRY; CLOCKS; WATCHES; DEC-ORATIVE CONTAINERS MADE OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: SPECIALLY ADAPTED BAGS OR BAGGAGE-TYPE CONTAINERS FOR MUSICAL INSTRUMENTS, CASES FOR STRINGED INSTRUMENTS, NAMELY, GUITARS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PEN AND PENCIL HOLDERS, PASSPORT HOLDERS, STATIONERY AND PRESENTATION FOLDERS; FILE FOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: TRUNKS; TRAVELLING SUITCASES; VALISES; TRAVELLING BAGS; TROLLEY SUITCASES; VANITY CASES SOLD EMPTY; DOCUMENT CASES; SUITCASES AND PARTS THEREOF, NAMELY, VALISE HANDLES, TELESCOPE HANDLES AND WHEELS; BRIEFCASES; KNAPSACKS, BILLFOLDS; WALLETS; WEARABLE STRAP-ON BELT POUCHES; LEATHERWEAR TRAVELING BAG SETS; GARMENT BAGS FOR TRAVEL; SPORTS BAGS; WASH BAGS FOR CARRYING TOILETRIES; TOILET BAGS FOR CARRYING TOILETRIES; HIP BAGS; BOOK BAGS; LEATHER AND IMITATION LEATHER; GOODS MADE FROM LEATHER AND IMITATION LEATHER, NAMELY, BILLFOLDS, WALLETS



**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,616,001** AND BAGGAGE BELTS; BAGGAGE TAGS; BAGGAGE TRAVEL CONTAINERS; UMBREL-LAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: PACKAGING CONTAINERS MADE OF PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: CRADLE CONTAINERS FOR WINE BOTTLES; CONTAINERS FOR HOUSEHOLD OR KITCHEN PURPOSES; THERMALLY INSULATED CONTAINERS AND VESSELS FOR FOOD OR BEVERAGES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CLOTHING, NAMELY, T-SHIRTS, HEADWEAR AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: ZIPPER DEVICES; ZIPPERS; ZIPPERS FOR BAGS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: SPECIALLY ADAPTED BAGS OR BAGGAGE-TYPE CONTAINERS FOR SPORTS EQUIPMENT; GOLF BAGS, WITH OR WITHOUT WHEELS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: CIGAR BOXES; HUMIDORS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; ADVERTISING; SER-VICES OF AN ADVERTISING AGENCY; DEVELOPMENT OF ADVERTISING AND MAR-KETING CONCEPTS; PUBLICATION OF PUBLICITY TEXTS; ORGANIZATION OF EXHIB-ITIONS AND TRADE FAIRS FOR BUSINESS AND ADVERTISING PURPOSES; ORGANIZING AND CONDUCTING TRADE FAIRS FOR COMMERCIAL OR ADVERTISING PURPOSES; MARKET RESEARCH AND MARKET ANALYSIS; IMPORT-EXPORT AGENCIES; OPERA-TION OF FLAGSHIP RETAIL STORES, WHOLESALE AND RETAIL STORE SERVICES AND ONLINE MAIL-ORDER SERVICES FEATURING LEATHER GOODS, NAMELY, TRAVEL-LING SUITCASES AND VALISES, TRAVELLING BAGS AND HAND-HELD BAGS, KNAP-SACKS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: MAINTENANCE AND REPAIR OF SUITCASES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: PROVIDING ONLINE PUBLICATIONS, NAMELY, PROSPECTUSES IN THE FIELD OF LUGGAGE AND TRAVEL GOODS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: TECHNICAL RESEARCH AND DEVELOPMENT IN THE FIELD OF LUGGAGE DE-VELOPMENT; CONSULTATION IN THE FIELD OF LUGGAGE DEVELOPMENT; DESIGN SERVICES IN THE FIELD OF LUGGAGE DEVELOPMENT, IN CLASS 42 (U.S. CLS. 100 AND 101).

FOR: LICENSING OF FRANCHISING CONCEPTS, IN CLASS 45 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 302013020771, FILED 3-6-2013, REG. NO. 302013020771, DATED 6-13-2013, EXPIRES 3-31-2023.

OWNER OF U.S. REG. NOS. 1,529,438 AND 3,458,558.

SER. NO. 86-006,664, FILED 7-10-2013.

JEFF DEFORD, EXAMINING ATTORNEY

Int. Cls.: 9 and 18

Prior U.S. Cls.: 3 and 26

**United States Patent and Trademark Office**

Reg. No. 1,529,438

Registered Mar. 14, 1989

**TRADEMARK**
PRINCIPAL REGISTER



RIMOWA KOFFERFABRIK GMBH (FED REP GERMANY LIMITED LIABILITY CO.)
MATHIAS-BRUGGEN-STR. 118
KOLN, FED REP GERMANY 30

FOR: PHOTOGRAPHIC EQUIPMENT CASES OF ALUMINUM OR ACRYLONITRILE/BUTA-DINE/STYRENE PLASTIC, IN CLASS 9 (U.S. CL. 26).

FOR: TRAVELLING CASES AND SUIT-CASES, TRUNKS, AND COSMETIC CASES SOLD EMPTY, MADE OF ALUMINUM OR AC-RYLONITRILE/BUTADINE/STYRENE PLAS-TIC, IN CLASS 18 (U.S. CL. 3).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. R46149/18WZ, FILED 12-22-1987, REG. NO. 1118481, DATED 2-26-1988, EXPIRES 12-22-1997.

SER. NO. 720,185, FILED 4-4-1988.

MARK TRAPHAGEN, EXAMINING ATTOR-NEY

# United States of America
## United States Patent and Trademark Office

# RIMOWA

**Reg. No. 5,784,670**

**Registered Jun. 25, 2019**

**Int. Cl.: 3, 9, 16, 18, 35**

**Service Mark**

**Trademark**

**Principal Register**

RIMOWA GmbH  (GERMANY gesellschaft mit beschränkter haftung (gmbh) )
Richard-byrd-str. 13
Cologne, FED REP GERMANY 50829

CLASS 3: Polishing paste and care products for suitcases; buffing compounds and cleaning agents for household purposes, namely, for suitcases; perfumery; bath soaps; cosmetics

CLASS 9: Camera cases of metal or of plastic or of fabric material or a combination of the aforesaid materials; cases especially made for photographic apparatus and instruments; bags adapted for laptops; covers for smartphones; covers for tablet computers; covers for personal digital assistants; protective covers for smartphones; protective covers for tablet computers; protective covers for personal digital assistants; electrical adapters; accumulators, electric; batteries, electric; battery chargers; Battery chargers for mobile phones; rechargeable battery packs; spectacles; sunglasses; spectacle cases; Downloadable computer software applications for displaying downloadable multimedia files containing audio and video files regarding travel and fashion; Downloadable electronic publications in the nature of digital magazines, journals and e-books, in the field of travel and fashion; computers for storing, transmitting and display of data and images; electronic memories; electrophoretic displays; electronic tags for goods; Encoded bar code labels; labels with integrated RFID chips

CLASS 16: Stickers; paper identification tags; money holders in the nature of money clips; pictures; pens; writing paper pads; booklets in the field of travel and fashion; paperweights; letter trays; writing paper; appointment books; brochures about travel and fashion; books; document holders; printed matter, namely, magazines and journals featuring travel and fashion; labels of paper or cardboard; flags of paper; bottle envelopes of paper or cardboard; Informational flyers about travel and fashion; photographs; greeting cards; manuals in the field of travel and fashion; envelopes; covers for notebooks; passport covers; calendars; catalogs in the field of luggage; adhesive tapes for stationery or household purposes; clipboards; bookmarkers; posters; postcards; checkbook covers; signboards of paper or cardboard; pencil boxes; inkstands; writing materials, namely, pen and pencil sets and stationery; writing or drawing books; sealing stamps; printed tickets; entry tickets; blackboards; drawing pads; drawing sets comprised of pencil sets and stationery; Printed periodicals in the field of travel and fashion; newspapers; announcement cards; plastic film for wrapping; sheets of reclaimed cellulose wrapping; stuffing of paper or cardboard; paper cartons for delivering goods; bags of paper or plastics, for packaging merchandise; protective covers for travel documents

CLASS 18: Traveling trunks; valises; suitcases with wheels; wheels for suitcases being replacement parts for suitcases; wheel housings for suitcases and bags being replacement parts for suitcases and bags; holdalls; roller bags being luggage; suitcase handles; telescopic handles for luggage cases; leather straps; straps of leather; attaché cases; briefbags; vanity cases, not fitted; travelling sets in the nature of luggage sets; rucksacks; hipsacks; shoe bags for travel; gym bags; garment bags for travel; bags for sports; handbags; clutch bags; leather, unworked or semi-worked; imitation leather; wallets; purses; business card cases; credit card cases; keycases; luggage tags; labels of leather; bags of leather, for packaging; fitted protective covers for luggage; grips for holding shopping bags; reusable, mesh and canvas shopping bags; umbrellas; parasols; cosmetic bags sold empty, cosmetic purses sold empty; toiletry bags sold empty; tote bags; duffel bags; clear plastic bags for travel; clear cosmetic



Director of the United States
Patent and Trademark Office

bags sold empty

CLASS 35: Advertising services; retail store services and wholesale store services and online retail store services featuring luggage, traveling trunks, valises, suitcases with wheels, wheels for suitcases, wheel housings for suitcases and bags, holdalls, bags, roller bags, suitcase handles, telescopic handles for cases, leather straps, straps of leather, attache cases, briefbags, vanity cases, not fitted, amenity kits, travelling sets, rucksacks, hipsacks, shoe bags for travel, gym bags, garment bags for travel, bags for sports, wallets, purses, business card cases, credit card cases, keycases, luggage tags, labels of leather, bags of leather, for packaging, fitted protective covers for luggage, protective covers for travel documents, grips for holding shopping bags, shopping bags, umbrellas, parasols, polishing paste and care products for suitcases, buffing compounds and cleaning agents for household purposes for suitcases, perfumery, soaps, cosmetics, tool chests of metal sold empty, manicure sets, cases for manicure instruments, camera cases of metal or of plastic or of fabric material or a combination of the aforesaid materials, cases especially made for photographic apparatus and instruments, bags adapted for laptops, covers for smartphones, covers for tablet computers, covers for personal digital assistants, protective covers, electrical adapters, accumulators, electric, batteries, electric, battery chargers, chargers for mobile phones, portable chargers, spectacles, sunglasses, spectacle cases, key rings, clocks, watches, bags specially adapted for holding musical instruments, cases for musical instruments, clothing, headgear, footwear, tee-shirts, sweaters, knitwear, sports jerseys, shirts, stockings, pullovers, polo shirts, bandanas, scarves, neck scarves, sashes for wear, rainwear, caps, baseball caps; provision of an on-line marketplace for buyers and sellers of goods and services; provision of business information and business advisory services relating to e-commerce; Business data searches in computerised files for others; staff recruitment services; business management; business administration services; Providing office functions; public relations services; advertising services

PRIORITY CLAIMED UNDER SEC. 44(D) ON TRINIDAD AND TOBAGO APPLICATION NO. 53399, FILED 11-09-2017, REG. NO. 017566514, DATED 06-07-2018, EXPIRES 12-07-2027

The mark consists of a stylized rendition of the word "RIMOWA".

OWNER OF U.S. REG. NO. 4616001, 1529438, 5025330

SER. NO. 87-708,116, FILED 12-05-2017

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,949,886**

**Registered Apr. 26, 2011**

**Int. Cls.: 9 and 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIMOWA GMBH (FED REP GERMANY GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
MATHIAS BRUGGEN STR. 118
KOLN, FED REP GERMANY 50829

FOR: CARRYING CASES FOR PHOTOGRAPHIC EQUIPMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1950; IN COMMERCE 0-0-1985.

FOR: LUGGAGE, TRAVELING CASES AND SUITCASES, TRUNKS AND BRIEFCASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1950; IN COMMERCE 0-0-1985.

OWNER OF FED REP GERMANY REG. NO. 39616159, DATED 12-16-1996, EXPIRES 12-16-2016.

OWNER OF U.S. REG. NO. 2,583,912.

THE MARK CONSISTS OF THE HORIZONTAL BANDS THAT RUN ACROSS AND AROUND THE OWNER'S LUGGAGE PRODUCTS. THE OWNER CLAIMS ONLY THESE HORIZONTAL BANDS AS THE MARK.

SEC. 2(F).

SER. NO. 77-944,738, FILED 2-25-2010.

ALEXANDER L. POWERS, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# TOPAS

**Reg. No. 4,434,656**

**Registered Nov. 19, 2013**

**Int. Cls.: 9 and 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIMOWA GMBH (FED REP GERMANY GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
MATHIAS-BRÜGGEN-STR. 118
COLOGNE, FED REP GERMANY 50829

FOR: CASES FOR PHOTOGRAPHIC APPARATUS OF METAL OR OF PLASTICS OR OF FABRIC MATERIAL OR A COMBINATION OF THE AFORESAID MATERIALS, CASES FOR PORTABLE COMPUTERS, CAMERA BAGS, PROTECTIVE CASES FOR ELECTRONIC DEVICES, NAMELY, TABLET COMPUTERS, CELL PHONES, NETBOOK COMPUTERS, LAPTOPS, PROJECTORS AND CALCULATORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: TRAVEL LUGGAGE, LUGGAGE BOXES, IN PARTICULAR TRUNKS AND SUITCASES, TRUNKS, COSMETIC CASES SOLD EMPTY, ATTACHE CASES, SUITCASES, TROLLY CASES AND PILOT BAGS IN THE NATURE OF LUGGAGE WITH ROLLING WHEELS, ALL THE AFORESAID GOODS BEING ENTIRELY OR PARTLY OF METAL OR PLASTICS OR FABRIC MATERIAL OR A COMBINATION OF THE AFORESAID MATERIALS; AND POUCHES OF TEXTILE, ALL PURPOSE CARRYING BAGS, HANDBAGS, RUCKSACKS OF TEXTILE MATERIAL, HOLDALLS, TOILETRY BAGS SOLD EMPTY, PURSES, TRAVEL CASES, TRAVELING BAGS AND TRUNKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 010222396, DATED 1-26-2012, EXPIRES 8-26-2021.

THE ENGLISH TRANSLATION OF THE WORD "TOPAS" IN THE MARK IS "TOPAZ".

SER. NO. 85-576,720, FILED 3-22-2012.

KYLE PEETE, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# CLASSIC FLIGHT

**Reg. No. 4,378,480**

**Registered Aug. 6, 2013**

**Int. Cls.: 9 and 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIMOWA GMBH (FED REP GERMANY GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
MATHIAS-BRÜGGEN-STR. 118
COLOGNE, FED REP GERMANY 50829

FOR: CASES FOR PHOTOGRAPHIC APPARATUS OF METAL OR OF PLASTICS OR OF FABRIC MATERIAL OR A COMBINATION OF THE AFORESAID MATERIALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: TRAVEL AND HAND LUGGAGE IN PARTICULAR TRUNKS AND SUITCASES, COSMETIC CASES SOLD EMPTY, ATTACHE CASES (ALL MADE FROM ALUMINUM OR PLASTIC) TRAVEL BAGS, HAND BAGS, BACKPACKS MADE OF TEXTILE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF FED REP GERMANY REG. NO. 30364853, DATED 8-3-2004, EXPIRES 12-31-2013.

SER. NO. 85-576,913, FILED 3-22-2012.

KYLE PEETE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# BOLERO

**Reg. No. 4,742,508**

**Registered May 26, 2015**

**Int. Cls.: 9, 18 and 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIMOWA GMBH (FED REP GERMANY GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
MATHIAS-BRÜGGEN-STRAßE 118
COLOGNE, FED REP GERMANY 50829

FOR: NOTEBOOK AND LAPTOP BAGS ESPECIALLY ADAPTED FOR LAPTOPS AND NOTEBOOK COMPUTERS, CAMERA CASES AND CAMERA BAGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: LUGGAGE BOXES, TRAVEL BAGGAGE, TRAVEL TRUNKS, BAGGAGE, TROLLEY CASES AS BAGS, VANITY CASES, NOT FITTED, ATTACHÉ-CASES, BRIEFCASES, TRAVEL CASES AND PARTS THEREFOR, NAMELY, SUITCASE HANDLES, TELESCOPIC HANDLES FOR CASES, CASE WHEELS; BRIEFCASES; RUCKSACKS, PROTECTIVE CASES FOR BANKNOTES AS PURSES, BAGGAGE, FANNY PACKS, TRAVELLING SETS AS LEATHER WARE, GARMENT BAGS FOR TRAVEL, GYM BAGS, TRAVEL KIT BAGS SOLD EMPTY, FANNY PACKS, SATCHELS; LEATHER AND IMITATION LEATHER; STRAPS FOR LUGGAGE, LUGGAGE, UMBRELLAS; WASH BAGS FOR CARRYING TOILETRIES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: NECESSARIES, NAMELY, TOILET BAGS AS TOILET TISSUE HOLDERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 011786985, DATED 10-23-2013, EXPIRES 5-2-2023.

SER. NO. 86-354,678, FILED 8-1-2014.

WILLIAM ROSSMAN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# BOSSA NOVA

**Reg. No. 4,820,660**

**Registered Sep. 29, 2015**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIMOWA GMBH (FED REP GERMANY GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
MATHIAS BRÜGGEN STR. 118
COLOGNE, FED REP GERMANY 50829

FOR: LUGGAGE BOXES, NAMELY, TRUNKS AND SUITCASES; TRAVELING TRUNKS; VALISES; TRAVELLING BAGS; TROLLEY SUITCASES; VANITY CASES, NOT FITTED AND SOLD EMPTY; ATTACHÉ CASES; SUITCASES AND PARTS THEREFOR, NAMELY, VALISE HANDLES, TELESCOPE HANDLES AND WHEELS; BRIEFCASE; BACKPACKS; BILLFOLDS; POCKET WALLETS; WEARABLE STRAP-ON BELT POUCHES; LEATHER-WARE TRAVELING BAG SETS; GARMENT BAGS FOR TRAVEL; SPORT BAGS; TRAVEL KIT BAGS SOLD EMPTY; WEARABLE STRAP-ON WAIST POUCHES; BOOK BAGS; LEATHER AND IMITATION LEATHER; LUGGAGE STRAPS; LUGGAGE TAGS; LUGGAGE AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 3-7-2015; IN COMMERCE 3-7-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 012574133, FILED 2-7-2014.

SER. NO. 86-318,479, FILED 6-24-2014.

WILLIAM ROSSMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# RIMOWA ELECTRONIC TAG

**Reg. No. 5,198,176**

**Registered May 09, 2017**

**Int. Cl.: 9, 18, 38, 42**

**Service Mark**

**Trademark**

**Principal Register**

Rimowa GmbH (GERMANY gesellschaft mit beschränkter haftung (gmbh) )
Richard-Byrd Strasse 13
Cologne FED REP GERMANY 50829

CLASS 9: Computer software, namely, applications for smartphones, tablet computers, e-readers and other mobile or stationary IT apparatus, for remotely checking luggage; Computers for storing, transmitting and display of data and images; Electronic devices, namely, Integrated circuit and computer memory modules used in suitcases for storing, transmission or displaying of data or images; photographic equipment cases

CLASS 18: Luggage boxes, namely, Traveling trunks; Valises; Holdalls; Trolley cases, namely, wheeled suitcases; Vanity cases, not fitted; Attaché cases; Pilots' travel bags; Backpacks; Leather and imitation leather

CLASS 38: Provision of internet connectivity, namely, providing access to the internet via devices integrated into suitcases; provision of telecommunications connectivity to the Internet, namely, via devices integrated into suitcases; provision of telecommunications connectivity to mobile phone and other telecommunication services, via devices integrated into suitcases; Radio communications; Telecommunications gateway services by means of platforms and portals on the Internet, namely, via devices integrated into suitcases; Telecommunication gateway services; Transmission of digital files; Communications by computer terminals; Telecommunications routing and junction services; Message sending; Computer aided transmission of messages and images; E-mail services, namely, transmission of electronic mail via devices integrated into suitcases; Satellite transmission; Providing access to databases

CLASS 42: Design, updating, and rental of computer software and mobile applications; Providing temporary use of on-line non-downloadable software for checking in luggage remotely; IT services, namely, development, programming and implementation of software; Design and development of computer hardware; Design and development of computer software; Recovery of computer data from computer software; Installation, duplication, and maintenance of computer software

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) REG. NO. 014612576, DATED 01-20-2016, RENEWED AS REG. NO. 014612576 , EXPIRES 09-28-2025

No claim is made to the exclusive right to use the following apart from the mark as shown: "ELECTRONIC TAG"

SER. NO. 86-942,139, FILED 03-16-2016



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,784,671**

**Registered Jun. 25, 2019**

**Int. Cl.: 3, 9, 16, 18, 35**

**Service Mark**

**Trademark**

**Principal Register**

RIMOWA GmbH  (GERMANY gesellschaft mit beschränkter haftung (gmbh) )
Richard-byrd-str. 13
Cologne, FED REP GERMANY 50829

CLASS 3: Polishing paste and care products for suitcases; buffing compounds and cleaning agents for household purposes, namely, for suitcases; perfumery, bath soaps, cosmetics

CLASS 9: Camera cases of metal or of plastic or of fabric material or a combination of the aforesaid materials; cases especially made for photographic apparatus and instruments; bags adapted for laptops; covers for smartphones; covers for tablet computers; covers for personal digital assistants; protective covers for smartphones; protective covers for tablet computers; protective covers for personal digital assistants; electrical adapters; accumulators, electric; batteries, electric; battery chargers; Battery chargers for mobile phones; rechargeable battery packs; spectacles; sunglasses; spectacle cases; Downloadable computer software applications for displaying downloadable multimedia files containing audio and video files regarding travel and fashion; Downloadable electronic publications in the nature of digital magazines, journals and e-books, in the field of travel and fashion; computers for storing, transmitting and display of data and images; electronic memories; electrophoretic displays; electronic tags for goods; Encoded bar code labels; labels with integrated RFID chips

CLASS 16: Stickers; paper identification tags; money holders in the nature of money clips; pictures; pens; writing paper pads; booklets in the field of travel and fashion; paperweights; letter trays; writing paper; appointment books; brochures about travel and fashion; books; document holders; printed matter, namely, magazines and journals featuring travel and fashion; labels of paper or cardboard; flags of paper; bottle envelopes of paper or cardboard; Informational flyers about travel and fashion; photographs; greeting cards; manuals in the field of travel and fashion; envelopes; covers for notebooks; passport covers; calendars; catalogs in the field of luggage; adhesive tapes for stationery or household purposes; clipboards; bookmarkers; posters; postcards; checkbook covers; signboards of paper or cardboard; pencil boxes; inkstands; writing materials, namely; pen and pencil sets and stationery; writing or drawing books; sealing stamps; printed tickets; entry tickets; blackboards; drawing pads; drawing sets comprised of pencil sets and stationery; Printed periodicals in the field of travel and fashion; newspapers; announcement cards; plastic film for wrapping; sheets of reclaimed cellulose wrapping; stuffing of paper or cardboard; paper cartons for delivering goods; bags of paper or plastics, for packaging merchandise; protective covers for travel documents

CLASS 18: Traveling trunks; valises; suitcases with wheels; wheels for suitcases being



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

replacement parts for suitcases; wheel housings for suitcases and bags being replacement parts for suitcases and bags; holdalls; roller bags being luggage; suitcase handles; telescopic handles for luggage cases; leather straps; straps of leather; attache cases; briefbags; vanity cases, not fitted; travelling sets in the nature of luggage sets; rucksacks; hipsacks; shoe bags for travel; gym bags; garment bags for travel; bags for sports; handbags; clutch bags; leather, unworked or semi-worked; imitation leather; wallets; purses; business card cases; credit card cases; keycases; luggage tags; labels of leather; bags of leather, for packaging; fitted protective covers for luggage; grips for holding shopping bags; reusable, mesh and canvas shopping bags; umbrellas; parasols; cosmetic bags sold empty, cosmetic purses sold empty; toiletry bags sold empty; tote bags; duffel bags; clear plastic bags for travel; clear cosmetic bags sold empty

CLASS 35: Advertising services; retail store services and wholesale store services and online retail store services featuring luggage, traveling trunks, valises, suitcases with wheels, wheels for suitcases, wheel housings for suitcases and bags, holdalls, bags, roller bags, suitcase handles, telescopic handles for cases, leather straps, straps of leather, attache cases, briefbags, vanity cases, not fitted, amenity kits, travelling sets, rucksacks, hipsacks, shoe bags for travel, gym bags, garment bags for travel, bags for sports, wallets, purses, business card cases, credit card cases, keycases, luggage tags, labels of leather, bags of leather, for packaging, fitted protective covers for luggage, protective covers for travel documents, grips for holding shopping bags, shopping bags, umbrellas, parasols, polishing paste and care products for suitcases, buffing compounds and cleaning agents for household purposes for suitcases, perfumery, soaps, cosmetics, tool chests of metal sold empty, manicure sets, cases for manicure instruments, camera cases of metal or of plastic or of fabric material or a combination of the aforesaid materials, cases especially made for photographic apparatus and instruments, bags adapted for laptops, covers for smartphones, covers for tablet computers, covers for personal digital assistants, protective covers, electrical adapters, accumulators, electric, batteries, electric, battery chargers, chargers for mobile phones, portable chargers, spectacles, sunglasses, spectacle cases, key rings, clocks, watches, bags specially adapted for holding musical instruments, cases for musical instruments, clothing, headgear, footwear, tee-shirts, sweaters, knitwear, sports jerseys, shirts, stockings, pullovers, polo shirts, bandanas, scarves, neck scarves, sashes for wear, rainwear, caps, baseball caps; provision of an on-line marketplace for buyers and sellers of goods and services; provision of business information and business advisory services relating to e-commerce; Business data searches in computerised files for others; staff recruitment services; business management; business administration services; Providing office functions; public relations services; advertising services

PRIORITY CLAIMED UNDER SEC. 44(D) ON TRINIDAD AND TOBAGO APPLICATION NO. 53400, FILED 11-09-2017, REG. NO. 017566415, DATED 06-07-2018, EXPIRES 12-07-2027

The mark consists of a stylized rendition of the cathedral in Cologne forming the letter "M" intertwined with a slanted square with rounded corners.

SER. NO. 87-708,269, FILED 12-05-2017

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,924,342**

**Registered Dec. 03, 2019**

**Int. Cl.: 14, 24, 25**

**Trademark**

**Principal Register**

Rimowa GmbH  (GERMANY gesellschaft mit beschränkter haftung (gmbh) )
Richard-byrd-strasse 13
Cologne, FED REP GERMANY 50829

CLASS 14: Key rings comprised of split rings with trinkets or decorative fobs; identity plates made of precious metals or coated therewith; clocks; watches

CLASS 24: Textile material, namely, non-woven textile fabrics for use as a textile in the manufacture of luggage

CLASS 25: Clothing, namely, headwear, footwear, tee-shirts, sweaters, sports jerseys, shirts, stockings, pullovers, polo shirts, bandanas and neckerchiefs, scarves, mufflers as neck scarves, sashes for wear, rainwear, caps being headwear, baseball caps; sleep masks; ready made linings of textile being parts of clothing

OWNER OF EUROPEAN UNION , REG. NO. 017566415, DATED 06-07-2018, EXPIRES 12-07-2027

The mark consists of an artistic rendition of the cathedral in Cologne, Germany, forming the letter "M" intertwined with a slanted square with rounded corners.

SER. NO. 88-193,703, FILED 11-14-2018

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,999,794**

**Registered Mar. 03, 2020**

**Int. Cl.: 3, 9, 16, 18, 21, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

Rimowa GmbH  (GERMANY gesellschaft mit beschränkter haftung (gmbh) )
Richard-byrd-str. 13
Cologne, FED REP GERMANY 50829

CLASS 3: Polishing paste and care products for suitcases in the nature of cleaning and polishing preparations; buffing compounds and cleaning agents for suitcases; perfumery, bath soaps, cosmetics

CLASS 9: Camera cases of metal or of plastic or of fabric material or a combination of the aforesaid materials; cases especially made for photographic apparatus and instruments; bags adapted for laptops; covers for smartphones; covers for tablet computers; covers for personal digital assistants; protective covers for smartphones; protective covers for tablet computers; protective covers for personal digital assistants; electrical adapters; accumulators, electric; batteries, electric; battery chargers; Battery chargers for mobile phones; rechargeable battery packs; spectacles; sunglasses; spectacle cases; Downloadable computer software applications for displaying downloadable multimedia files containing audio and video files regarding travel and fashion; Downloadable electronic publications in the nature of digital magazines, journals and e-books, in the field of travel and fashion; computers for storing, transmitting and display of data and images; electronic memories; electrophoretic displays; electronic tags for goods; Encoded bar code labels; labels with integrated RFID chips

CLASS 16: Stickers; paper identification tags; money holders in the nature of money clips; pictures; pens; writing paper pads; booklets in the field of travel and fashion; paperweights; letter trays; writing paper; appointment books; brochures about travel and fashion; travel books; books in the field of travel and fashion; document holders; printed matter, namely, magazines and journals featuring travel and fashion; labels of paper or cardboard; flags of paper; bottle envelopes of paper or cardboard; Informational flyers about travel and fashion; photographs; greeting cards; manuals in the field of travel and fashion; envelopes; covers for notebooks; passport covers; calendars; catalogs in the field of luggage; adhesive tapes for stationery or household purposes; clipboards; bookmarkers; posters; postcards; checkbook covers; signboards of paper or cardboard; pencil boxes; inkstands; writing materials, namely, pen and pencil sets and stationery; writing or drawing books; sealing stamps; printed tickets; entry tickets; blackboards; drawing pads; drawing sets comprised of pencil sets and stationery; Printed periodicals in the field of travel and fashion; newspapers; announcement cards; plastic film for wrapping; sheets of reclaimed cellulose wrapping; stuffing of paper or cardboard; paper cartons for delivering goods; bags of paper or plastics, for packaging merchandise; protective covers for travel documents

Director of the United States
Patent and Trademark Office



CLASS 18: Traveling trunks; valises; suitcases with wheels; wheels for suitcases being replacement parts for suitcases; wheel housings for suitcases and bags being replacement parts for suitcases and bags; holdalls; roller bags being luggage; suitcase handles; telescopic handles for luggage cases; leather straps; straps of leather; attaché cases; briefbags; vanity cases, not fitted; travelling sets in the nature of luggage sets; rucksacks; hipsacks; shoe bags for travel; gym bags; garment bags for travel; bags for sports; handbags; clutch bags; leather, unworked or semi-worked; imitation leather; wallets; purses; business card cases; credit card cases; keycases; luggage tags; labels of leather; bags of leather, for packaging; fitted protective covers for luggage; grips for holding shopping bags; reusable, mesh and canvas shopping bags; umbrellas; parasols; cosmetic bags sold empty, cosmetic purses sold empty; toiletry bags sold empty; tote bags; duffel bags; clear plastic bags for travel; clear cosmetic bags sold empty

CLASS 21: Care products for suitcases in the nature of cleaning cloths

CLASS 25: Clothing, namely, headwear, tee-shirts, shirts; stockings, polo shirts, bandanas, neckerchiefs, scarves; neck scarves, namely, mufflers; footwear; knitwear being pullovers and sweaters; sports jerseys; sashes for wear; rainwear; headwear, namely, hats, caps; baseball caps; sleep masks

CLASS 35: Advertising services; retail store services and wholesale store services and online retail store services featuring luggage, traveling trunks, valises, suitcases with wheels, wheels for suitcases, wheel housings for suitcases and bags, holdalls, bags, roller bags, suitcase handles, telescopic handles for cases, leather straps, straps of leather, attache cases, briefbags, vanity cases, not fitted, amenity kits, travelling sets, rucksacks, hipsacks, shoe bags for travel, gym bags, garment bags for travel, bags for sports, wallets, purses, business card cases, credit card cases, wallets, keycases, luggage tags, labels of leather, bags of leather, for packaging, fitted protective covers for luggage, protective covers for travel documents, grips for holding shopping bags, shopping bags, umbrellas, parasols, polishing paste and care products for suitcases, buffing compounds and cleaning agents for suitcases, perfumery, soaps, cosmetics, tool chests of metal, empty, manicure sets, cases for manicure instruments, camera cases of metal or of plastic or of fabric material or a combination of the aforesaid materials, cases especially made for photographic apparatus and instruments, bags adapted for laptops, covers for smartphones, covers for tablet computers, covers for personal digital assistants, protective covers, electrical adapters, accumulators, electric, batteries, electric, battery chargers, chargers for mobile phones, rechargeable battery packs, spectacles, sunglasses, spectacle cases, key rings, clocks, watches, bags specially adapted for holding musical instruments, cases for musical instruments, clothing, headgear, footwear, tee-shirts, sweaters, knitwear clothing, sports jerseys, shirts, stockings, pullovers, polo shirts, bandanas, neckerchiefs, scarves, neck scarves, mufflers, sashes for wear, rainwear, caps, headwear, baseball caps; provision of an on-line marketplace for buyers and sellers of goods and services; provision of business information and advisory services relating to e-commerce; business data searches in computerized files for others; staff recruitment services; business management; business administration services; providing office functions; public relations services; customer club services, for commercial, promotional and/or advertising purposes

PRIORITY CLAIMED UNDER SEC. 44(D) ON GERMANY APPLICATION NO. 302018015363, FILED 06-22-2018, REG. NO. 302018015363, DATED 08-22-2018, EXPIRES 06-30-2028

The mark consists of an image of a silhouette of a person in a uniform wearing a cap balancing a piece of luggage on his/her fingertip.

SER. NO. 88-214,989, FILED 12-03-2018

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,548,851**

**Registered June 10, 2014**

**Int. Cls.: 9 and 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIMOWA GMBH (FED REP GERMANY GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
MATHIAS-BRÜGGEN-STR. 118
COLOGNE, FED REP GERMANY 50829

FOR: CASES FOR PHOTOGRAPHIC APPARATUS OF METAL OR OF PLASTICS OR OF FABRIC MATERIAL OR A COMBINATION OF THE AFORESAID MATERIALS; CARRYING CASES FOR PORTABLE COMPUTERS; CAMERA BAGS, PROTECTIVE CASES FOR CELL PHONES, TABLET COMPUTERS AND LAPTOPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1950; IN COMMERCE 0-0-1985.

FOR: TRAVEL LUGGAGE; LUGGAGE, NAMELY, TRUNKS AND SUITCASES; TRUNKS; COSMETIC CASES SOLD EMPTY; ATTACHÉ CASES; SUITCASES; GENERAL PURPOSE SPORT TROLLEY BAGS; PILOT BAGS, NAMELY, TRAVEL BAGS, ALL THE AFORESAID GOODS BEING ENTIRELY OR PARTLY OF METAL OR PLASTICS OR FABRIC MATERIAL OR A COMBINATION OF THE AFORESAID MATERIALS; POUCHES OF TEXTILE; BOOK BAGS; HANDBAGS; RUCKSACKS OF TEXTILE MATERIAL; HOLDALLS; TOILETRY BAGS SOLD EMPTY; PURSES, TRAVEL CASES; TRAVELING SETS, NAMELY, LEATHER TOILETRY BAGS SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1950; IN COMMERCE 0-0-1985.

OWNER OF ERPN CMNTY TM OFC REG. NO. 010427979, DATED 3-28-2012, EXPIRES 11-18-2021.

SEC. 2(F).

OWNER OF U.S. REG. NOS. 2,583,912 AND 3,949,886.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DESIGN FEATURE OF THE GOODS CONSISTING OF PARALLEL RIDGES AND GROOVES THAT UNIFORMLY COVER THE SURFACE OF THE GOODS. THE BROKEN OR DOTTED LINES ARE NOT PART OF THE MARK.

SN 85-879,908, FILED 3-19-2013.



**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,586,888**

**Registered Aug. 19, 2014**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIMOWA GMBH (FED REP GERMANY GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
MATHIAS-BRÜGGEN-STR. 118
COLOGNE, FED REP GERMANY 50829

FOR: TRAVELLING SUITCASES, VALISES, TRAVELLING BAGS, TROLLEY SUITCASES, TRAVEL BAGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1950; IN COMMERCE 0-0-1985.

OWNER OF U.S. REG. NOS. 2,583,912 AND 3,949,886.

THE MARK CONSISTS OF A 3D PATTERN OF STRAIT RIDGES AND GROOVES THAT APPEAR UNIFORMLY OVER THE SURFACE OF THE APPLICANT'S GOODS. THE MARK CONSISTS OF A THREE DIMENSIONAL CONFIGURATION OF THE GOODS. THE ELEMENTS OF THE MARK ARE DEPICTED BY THE STRAIGHT UNBROKEN LINES. THE DOTTED OR BROKEN LINES ARE NOT PART OF THE MARK AND ARE INTENDED ONLY TO SHOW THE POSITION OR PLACEMENT OF THE MARK.

SEC. 2(F).

SER. NO. 85-892,962, FILED 4-2-2013.

MICHAEL SOUDERS, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,722,151**

**Registered Apr. 21, 2015**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIMOWA GMBH (FED REP GERMANY GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG)
MATHIAS-BRÜGGEN-STR. 118
COLOGNE, FED REP GERMANY 50829

FOR: TRAVEL LUGGAGE BEING ENTIRELY OR PARTLY OF METAL OR PLASTICS OR
FABRIC MATERIAL OR A COMBINATION OF THE AFORESAID MATERIALS; LUGGAGE,
NAMELY, SUITCASES BEING ENTIRELY OR PARTLY OF METAL OR PLASTICS OR
FABRIC MATERIAL OR A COMBINATION OF THE AFORESAID MATERIALS; SUITCASES
BEING ENTIRELY OR PARTLY OF METAL OR PLASTICS OR FABRIC MATERIAL OR A
COMBINATION OF THE AFORESAID MATERIALS; PILOT BAGS, NAMELY, TRAVEL
BAG SUITCASES BEING ENTIRELY OR PARTLY OF METAL OR PLASTICS OR FABRIC
MATERIAL OR A COMBINATION OF THE AFORESAID MATERIALS, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).

OWNER OF ERPN CMNTY TM OFC REG. NO. 010427987, DATED 3-28-2012, EXPIRES 11-
18-2021.

OWNER OF U.S. REG. NOS. 2,583,912 AND 3,949,886.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DESIGN FEATURE OF LUGGAGE
CONSISTING OF A GENERALLY RECTANGULAR PATTERN OF PARALLEL RIDGES AND
GROOVES THAT UNIFORMLY COVER THE LONGEST SURFACE OF THE GOODS AND
WHICH CREATE A SCALLOPED APPEARANCE NEAR THE CORNERS. THE BROKEN OR
DOTTED LINES ARE NOT PART OF THE MARK AND ARE USED ONLY TO SHOW POSI-
TION OR PLACEMENT ON THE GOODS.

SEC. 2(F).

SER. NO. 85-880,079, FILED 3-19-2013.

MAUREEN DALL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office