# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RIMOWA GMBH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Case No. 21-cv-04865<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff Rimowa GmbH, by and through its undersigned counsel, certifies that it is indirectly (through Rimowa Group GmbH) majority owned by LVMH Moët Hennessy Louis Vuitton SA, a publicly traded company.

Dated this 16th day of September 2021.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio_____
　　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　　Allyson M. Martin
　　　　　　　　　　　　　　　　　　　　　Abby M. Neu
　　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　　amartin@gbc.law
　　　　　　　　　　　　　　　　　　　　　aneu@gbc.law

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Rimowa GmbH*