IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIMOWA GMBH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3C-IP STORE, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-04865<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

### DECLARATION OF ABBY M. NEU

I, Abby M. Neu, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Rimowa GmbH ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Plaintiff served its First Set of Interrogatories ("Interrogatories"), First Set of Requests for Admission ("RFAs"), and First Set of Requests for Production ("RFPs") (collectively, "Plaintiff's Discovery Requests") on defendants AnShuo Phone Accessories Store and Shop5593370 Store (collectively "Defendants") on November 29, 2021, by sending an e-mail to the e-mail addresses provided for Defendants by third parties.

3. Defendants' responses to Plaintiff's Discovery Requests were due on December 29, 2021. Defendants have not sent a response of any kind to Plaintiff's Discovery Requests.

4. On December 30, 2021, Plaintiff sent an email to Defendants advising Defendants that the deadline (under the Federal Rules of Civil Procedure) to respond to Plaintiff's Discovery

1

Requests had elapsed and requesting a Local Rule 37.2 meet-and-confer conference for January 3, 2022. Defendants failed to confirm their availability or object to the proposed time for a Local Rule 37.2 meet-and-confer conference.

5. On January 3, 2022, Defendants failed to contact Plaintiff and failed to participate in the meet-and-confer conference per Local Rule 37.2.

6. As of January 5, 2022, Defendants have not responded to Plaintiff's Discovery Requests or Plaintiff's attempts to meet-and-confer per Local Rule 37.2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 5th day of January 2022 at Chicago, Illinois.

/s/ Abby M. Neu
Abby M. Neu
*Counsel for Plaintiff Rimowa GmbH*