UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Rimowa GmbH

Plaintiff,

v.

Case No.: 1:21−cv−04865

Honorable John Robert Blakey

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 26, 2022:

MINUTE entry before the Honorable John Robert Blakey: On 11/17/21, Defendants AnShuo Phone Accessories Store, Shop5593370 Store, and Xiao Zhiqun moved to dismiss this case for lack of personal jurisdiction, [57]. The Court set an extended briefing schedule to allow Plaintiff to conduct limited jurisdictional discovery, see [65]. Defendant resisted such discovery, see [66], [79], and has refused to respond to Plaintiff's requests for same. On 1/5/22, Plaintiff moved for sanctions, see [84]. The Court ordered Defendants to respond to the sanctions motion by 1/19/22, and, once again, Defendants failed to comply. Accordingly, the Court grants Plaintiff's motion for sanctions [84] and denies Defendants' motion to dismiss as a sanction for failing to comply with Court orders. The Court declines to award fees. The Court directs the Clerk to terminate [58] as a pending motion, as the Court granted the motion on 11/22/21, see [63]. Plaintiff shall file an updated status report by 2/10/22 proposing next steps to bring this case to a close. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.